# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN MICHAUD, | ) | Case No. 2:15-cv-02324-RFB-GWF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court Plaintiff's Motion for In Camera Submission (ECF No. 24), filed on January 10, 2018.

Plaintiff's motion requests that the Court find and serve those Defendants whom the Attorney General's office did not accept service for. Specifically, Plaintiff requests that the Court order the U.S. Marshals to serve: 1) Mr. Brooks, Sergeant at S.D.C.C.; 2) Mr. Fowley, Sergeant at S.D.C.C.; 3) Mr. Jopalian, Senior Correctional Officer at S.D.C.C.; and 4) Mr. Jeager, Lieutenant at S.D.C.C.[1] Plaintiff represents that he does not have these Defendants' addresses but knows that they are either employed at Southern Desert Correctional Center or High Desert State Prison in Indian Springs, NV.

Because Plaintiff is not privy to Defendants' addresses, the Court will order that the Department of Corrections provide the Court with the last known addresses of the Defendants listed above so that this information may be provided to the United States Marshal's Office for service. Due to safety considerations and because Plaintiff is not entitled to Defendants' addresses, this information should be provided to the Court **under seal**. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for In Camera Submission (ECF No.

---

[1] Plaintiff also listed Warden Williams. However, Defendant Williams is represented by the Attorney General's Office.

24) is **granted**.

      **IT IS FURTHER ORDERED** that the Department of Corrections shall provide the Court, under seal, with the last known addresses of 1) Mr. Brooks; 2) Mr. Fowley; 3) Mr. Jopalian; and 4) Mr. Jeager no later than **January 26, 2018.**  The Department shall also inform the Court if it is unable to identify any of these Defendants.

      DATED this 16th day of January, 2018.

                               _____

                             GEORGE FOLEY, JR.
                             United States Magistrate Judge