# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MICHAUD, | Case No. 2:15-cv-02324-RFB-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

This matter is before the Court Plaintiff's Supplement to Motion for Appointment of Counsel (ECF No. 28), filed on January 16, 2018.

On January 9, 2018, the Court denied Plaintiff's motion for appointment of counsel. *Order* (ECF No. 23). Although titled as such, Plaintiff's supplement does not relate to his motion for appointment of counsel. Rather, Plaintiff appears to be asserting that there may be additional retaliation and misconduct occurring in relation to his parole and the Deputy Attorney General's conduct. Plaintiff's supplement is not a proper pleading. If Plaintiff wishes to add claims to his complaint he is advised that he must seek leave to file an amended complaint. If that is not Plaintiff's intention, Plaintiff is instructed to file a proper motion with the Court detailing the relief he seeks. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Supplement to Motion for Appointment of Counsel (ECF No. 28) is **denied**.

DATED this 23rd day of January, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge