# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN MICHAUD, ) Case No. 2:15-cv-02324-RFB-GWF
          Plaintiff, )
vs. ) **ORDER**
STATE OF NEVADA, *et al.*, )
          Defendants. )

On January 17, 2018 the Court granted Plaintiff's request to find and serve those Defendants whom the Attorney General's office did not accept service for. *Order* (ECF No. 27). The Court ordered the Department of Corrections to provide the Court with the last known addresses of Defendants: 1) Mr. Brooks; 2) Mr. Fowley; 3) Mr. Jopalian; and 4) Mr. Jeager. On January 26, 2018, the Attorney General's ("AG") office filed an Amended Notice of Acceptance of Service (ECF No. 31). The AG's office also filed a Submission of Last Known Addresses (ECF No. 32) under seal pursuant to the Court's order. The AG's office has now accepted service on behalf of Sean Brooks and provided the last known addresses of Sarkis Jopalian and Ron Jeager. The AG's office also represented that it has been unable to locate any NDOC employee by the name of "Mr. Fowley." *See* ECF No. 31. Therefore, the Court is unable to order the U.S. Marshal's office to effectuate service on Defendant "Mr. Fowley." Plaintiff is advised that he must provide the Court will more detailed information for Defendant Fowley so that he may be identified for this action. However, at this time the Court will direct the U.S. Marshal's office to serve the summons and first amended complaint on Defendants Sarkis Jopalian and Ron Jeager. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue a summons **under seal** to Defendants Sarkis Jopalian and Ron Jeager at the last known addresses found in ECF No. 32.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide the U.S. Marshal's office with the Summons, a copy of Plaintiff's First Amended Complaint (ECF No. 4) and a copy of the Attorney General office's Submission of Last Known Addresses (ECF No. 32).

**IT IS FURTHER ORDERED** that the U.S. Marshal's office is directed to serve the summons and First Amended Complaint (ECF No. 4) no later than **February 9, 2018** and file the executed summons **under seal**.

DATED this 31st day of January, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge