UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MICHAUD, | Case No. 2:15-cv-02324-RFB-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

This matter is before the Court Plaintiff's Notice to Correct Error (ECF No. 42), filed on February 8, 2018.

On January 17, 2018 the Court granted Plaintiff's request to find and serve those Defendants whom the Attorney General's ("AG") office did not accept service for. *Order* (ECF No. 27). The Court ordered the Department of Corrections to provide the Court with the last known addresses of Defendant: 1) Mr. Fowley. On January 26, 2018, the AG's office filed an Amended Notice of Acceptance of Service (ECF No. 31). The AG's office represented that it had been unable to locate any NDOC employee by the name of "Mr. Fowley." *See* ECF No. 31. As a result the Court ordered Plaintiff to provide more detailed information for Defendant Fowley so that he may be located. *Order* (ECF No. 38). In response, Plaintiff filed the instant Notice to Correct Error which states that Defendant "Fowley" is supposed to be "Fowler", a Sergeant at Southern Desert Correctional Center ("SDCC"). In addition to this clarification, Plaintiff states that Defendant Brown, also a Sergeant at SDCC, had been inadvertently left out of his request for service.

In light of these errors, Plaintiff requests that the Court order that Defendants Fowler and Brown be located and served with a copy of the summons and complaint. The Court finds good cause to grant Plaintiff's request. The Court will therefore, order that the Department of Corrections

provide the Court with the last known addresses of Defendants Fowler and Brown so that this information may be provided to the United States Marshal's Office for service. Due to safety considerations and because Plaintiff is not entitled to Defendants' addresses, this information should be provided to the Court **under seal**. Accordingly,

**IT IS HEREBY ORDERED** that the Department of Corrections shall provide the Court, under seal, with the last known addresses of 1) Mr. Fowler and 2) Mr. Brown no later than **February 22, 2018**. The Department shall also inform the Court if it is unable to identify either of these Defendants.

DATED this 12th day of February, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge