UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN MICHAUD,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>                Defendants. | Case No. 2:15-cv-02324-RFB-GWF<br><br>**ORDER** |

On January 17, 2018 the Court granted Plaintiff's request to find and serve those Defendants whom the Attorney General's office did not accept service for. *Order* (ECF No. 27). The Attorney General's Office has since provided the Court with those Defendants' last known addresses. (ECF Nos. 32 and 48). Therefore, the Court will direct the U.S. Marshal's office to serve the summons and first amended complaint on Defendants Sarkis Jopalian, Ron Jaeger and Glenn Fowler.[1]

However, the Court will not order service on the four individuals with the last name "Brown" that were identified by the Attorney General's office as employees of the Southern Desert Correctional Center on or around May 29, 2014. Plaintiff is instructed to advise the Court with any information that he can in order to determine which Brown is the correct defendant.

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue/re-issue a summons **<u>under seal</u>** to Defendants Sarkis Jopalian, Ron Jaeger and Glenn Fowler at the last known addresses found in ECF Nos. 32 and 48.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide the U.S. Marshal's office with the Summons, a copy of Plaintiff's First Amended Complaint (ECF No. 4), a copy

---

[1] The Court previously ordered that the U.S. Marshal's office serve Defendants Jopalian and Jaeger. *See* ECF No. 38. However, the Court inadvertently failed to order Plaintiff complete the required USM-285 form. Therefore, service has not been completed.

1

of the Attorney General's Submission of Last Known Addresses (ECF No. 32 and 48), and a copy of this Order.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send the required USM-285 forms to Plaintiff. Plaintiff shall have twenty (20) days to furnish the required USM-285 forms to the U.S. Marshal at 333 Las Vegas Blvd., South, Suite 2058, Las Vegas, Nevada 89101.[2]

**IT IS FURTHER ORDERED** that the U.S. Marshal **shall NOT** provide Plaintiff with a copy of the completed USM-285 forms. Rather, the U.S. Marshal's office shall file the executed summon **under seal** to demonstrate that service has been completed.

Dated this 27th day of February, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

---

[2] Because Plaintiff is not privy to the Defendants' last known addresses, he does not have to fill out the address section of the USM-285 form. That section will be completed by the U.S. Marshal. However, all other sections of the form shall be filled out to the best of Plaintiff's ability.